CARL W. STERN, Respondent, *v.* ZUCKER & JOSEPHY, INC., Appellant.

(Submitted June 8, 1932; decided July 19, 1932.)

*Samuel F. Frank* and *Isaac Perlman* for appellant.

*Bernard Hershkopf* and *I. Gainsburg* for respondent.

Judgment affirmed, with costs; no opinion. (See 260 N. Y. 564.)

Concur: LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: CRANE, J. Not sitting: POUND, Ch. J.